**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: DAVID L. BUTTS  
       WENDY S. PATCHEN-BUTTS  
          Debtor(s)

CHAPTER 13

BKY. NO. 20-14827 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
15 Nov 2023, 12:48:41, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322