United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-14827-amc
David L Butts  Chapter 13
Wendy S Patchen-Butts
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Feb 05, 2024  Form ID: 138OBJ  Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).
^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David L Butts, Wendy S Patchen-Butts, 1 Dewberry Lane, Levittown, PA 19055-1711 |
| 14574937 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14831748 | | Freedom Mortgage Corporation, KML Law Group, P.C., c/o 701 Market Street, Suite 5000, Philadelphia PA 19106-1532 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 06 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14571312 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 06 2024 00:17:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14571313 | | Email/Text: bankruptcy@bbandt.com | Feb 06 2024 00:17:00 | Bb&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14583182 | + | Email/Text: bankruptcy@bbandt.com | Feb 06 2024 00:17:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14577549 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 06 2024 00:17:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14571322 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Feb 06 2024 00:17:00 | CKS Financial, Attn: Bankruptcy, Po Box 2856, Chesapeake, VA 23327-2856 |
| 14571314 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2024 00:27:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14574276 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 06 2024 00:27:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14574275 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 06 2024 00:27:12 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14587204 | + | Email/Text: bnc@bass-associates.com | Feb 06 2024 00:17:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14571320 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2024 00:27:24 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14584677 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2024 01:12:49 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

Case 20-14827-amc    Doc 43    Filed 02/07/24    Entered 02/08/24 00:34:49    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: 138OBJ | Total Noticed: 44 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14571321 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2024 00:27:12 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14571323 | + | Email/Text: BKPT@cfna.com | Feb 06 2024 00:17:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14571325 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2024 00:38:29 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14573295 | | Email/Text: mrdiscen@discover.com | Feb 06 2024 00:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14571326 | + | Email/Text: mrdiscen@discover.com | Feb 06 2024 00:17:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14831468 | ^ | MEBN | Feb 06 2024 00:11:22 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14571327 | | Email/Text: Bankruptcy@Freedommortgage.com | Feb 06 2024 00:17:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 14580372 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 06 2024 00:17:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037, bankruptcy@freedommortgage.com 46037-9749 |
| 14571328 | + | Email/Text: bankruptcy@huntington.com | Feb 06 2024 00:17:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 14571318 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 06 2024 00:27:25 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14575934 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 06 2024 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14587670 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 06 2024 00:17:00 | Kohl's c/o Peritus Portfolio Services, P.O. Box 141509, Irving, TX 75014-1509 |
| 14571329 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 06 2024 00:17:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14573507 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2024 00:27:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14574531 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2024 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14571330 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2024 00:17:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14585509 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2024 01:01:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14583392 | | Email/Text: bnc-quantum@quantum3group.com | Feb 06 2024 00:17:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14584772 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 06 2024 00:27:10 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 14571334 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 00:38:23 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14571335 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 00:38:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14571336 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 01:23:16 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

Note: The first row also shows a continuation "SD 57108-5027"

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14571608 | + | Email/Text: bankruptcy@huntington.com | Feb 06 2024 00:17:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14573954 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 06 2024 00:27:39 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14571337 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 06 2024 00:49:31 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14576449 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 06 2024 00:27:10 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14571339 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 06 2024 00:49:31 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 14571340 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2024 00:27:10 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14571317 | | Capital One Bank Usa N |
| 14571324 | | David Patchen |
| 14571332 | | Syncb/walmart |
| 14571333 | | Syncb/walmart |
| 14571315 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14571316 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14571319 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14571331 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14571338 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 07, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: 138OBJ | Total Noticed: 44 |

BRAD J. SADEK
    on behalf of Debtor David L Butts brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
    on behalf of Joint Debtor Wendy S Patchen-Butts brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: David L Butts and Wendy S Patchen−Butts

      Debtor(s)                                    Case No: 20−14827−amc

                                                       Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                            Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/5/24

                                                                        42 − 40
                                                                   Form 138OBJ